JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIS COPELIN, | Case No. 2:25-cv-11103-SB-SK |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| ATHENE ANNUITY AND LIFE COMPANY et al., | |
| Defendants. | |

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Avis Copelin's claims are dismissed without prejudice.

This is a final judgment.

Date: January 23, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1